**Larry D. Compton**
**Chapter 13 Standing Trustee**
1007 W. 3rd Ave., Suite 200
Anchorage, AK  99501
Tel. (907) 276-6660   Fax (907) 258-3348

**Filed On**

**3/8/12**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| In re:                                                )                   | |
| SCOTT M. ROMINE and                     )   | Case No.:   A10-01048-DMD |
| REBECCA A. ROMINE,                       )   | Chapter 13 |
|                       Debtor(s).                    )   | **ORDER DISMISSING CHAPTER 13** |
|                                                            )   | **PETITION** |

The Trustee, Larry D. Compton, moved for dismissal of this case on February 8, 2012. Notice of the motion was served on the debtor, the debtor's attorney and all parties on the mailing matrix.  No objections to the motion have been filed.  Therefore,

**IT IS ORDERED:**

    1.  The trustee's motion to dismiss is granted.  The chapter 13 petition of SCOTT MATTHEW ROMINE and REBECCA ANN ROMINE is DISMISSED.

    2.  The chapter 13 trustee, Larry D. Compton, is authorized to return to the debtor any funds collected from the debtor, after payment of trustee's fees and expenses and bankruptcy clerk's fees, if any.

    DATED:  This 8th day of March, 2012.

                                                              /s/ Donald MacDonald IV
                                                              DONALD MacDONALD IV
                                                              United States Bankruptcy Judge

**Serve:**
    **J. Mitchell Joyner, Esq**
    **Larry D. Compton, Trustee**
    **U.S. Trustee**
    **Case Mgr.**

            03/08/12